IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN PAUL ARIAS, | ) | |
| | ) | |
| Petitioner, | ) | 4:06CV3208 |
| | ) | |
| v. | ) | |
| | ) | |
| ESTHER CASMER, et al., | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME |
| Respondents. | ) | |
| | ) | |

Filing 25 is a Motion for Extension of Time filed by the Petitioner by and through his court-appointed counsel, requesting a 20-day extension for filing his response to the respondent's 12(b) motion.

IT IS ORDERED that the Motion for Extension of Time, 25, is granted.

Dated March 5, 2007.

                    BY THE COURT

                    s/ Warren K. Urbom
                    United States Senior District Judge