IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN PAUL ARIAS, | ) | |
| | ) | |
| Petitioner, | ) | 4:06CV3208 |
| | ) | |
| v. | ) | |
| | ) | |
| ESTHER CASMER, et al., | ) | MEMORANDUM AND ORDER OF |
| | ) | DISMISSAL WITHOUT PREJUDICE |
| Respondents. | ) | |
| | ) | |

No response has been made to the Motion to Dismiss and Quash Petition for Writ of Habeas Corpus and Declaratory Judgment, document 23, and time for a response has expired.

For the reason that the petitioner has not exhausted his state remedies,

IT IS ORDERED that the action is dismissed without prejudice.

Dated May 7, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge